UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOCKHART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN DELANEY, et al.,<br><br>Defendants. | Case No. 14-cv-02593-MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**<br><br>**ORDER RE: MEDIATION** |

Having reviewed the parties' Joint Status Report (Dkt. No. 18), the Court **ORDERS** as follows:

1) All pending pretrial and trial deadlines are **VACATED**.

2) The parties are **ORDERED** to attend a further mediation with Ray Wong by September 30, 2015. If the parties are unable to schedule a mediation by this deadline, they may file a stipulation for additional time.

3) The parties shall file an updated joint status report within 14 days of completion of mediation.

4) Given the preference for resolving cases with a complete record, the parties are advised that the Court is likely to re-open discovery if they are unable to resolve this case informally. Accordingly, if the case does not settle after mediation efforts, the parties are **ORDERED** to meet and confer in person, and thereafter file either (1) a stipulation regarding agreed-upon discovery or (2) a joint letter in compliance with the undersigned's Discovery Standing Order.

5) Unless a notice of unavailability has previously been filed, any party that receives written correspondence from the other party must respond in writing within three

calendar days.  Failure to respond may result in the imposition of sanctions.  This does not apply to court filings, which are governed by applicable federal and local civil rules of procedure.

**IT IS SO ORDERED.**

Dated: August 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge